UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
——————————————————————X

RAJIV SHAH GOSAIN,

                            Plaintiff,

-against-

STATE BANK OF INDIA, NEW YORK BRANCH
AS SUCCESSOR TO BANK OF INDIA FLUSHING
BRANCH, STATE BANK OF INDIA (MUMBAI) and
TEXPLAS INDIA PRIVATE LTD.,

                            Defendants.
——————————————————————X

ECF

CIVIL ACTION NO.:
09 CIV. 4172(VM)

NOTICE OF APPEAL

**PLEASE TAKE NOTICE** that the Plaintiff **RAJIV SHAH GOSAIN** in the above names case hereby Appeals to the United States Court of Appeals for the Federal Circuit from the Decision and Order of the Hon. Victor Marrero, United States District Judge that: (1) Granted the Motion of the Defendant State Bank of India, New York Branch and State Bank of India (Mumbai) Dismissing the Action based upon Lack of Subject Matter Jurisdiction; (2) Granted the Motion of the Defendant Texplas India Private Ltd. Dismissing the Action based upon Lack of Personal Jurisdiction; and (3) Denied the Plaintiff's Cross-Motion Seeking Leave to Amend its Complaint, entered in this action on the 26th day of January 2010, and the Plaintiff is appealing each and

every part of the said Decision and Order of the Court.

Dated: Riverdale, New York
       February 9, 2010

                                         Yours, etc.

                                         *[signature]*

                                         ELIAS N. SAKALIS, ESQ. (ES-0241)
                                         SAKALIS & ASSOCIATES
                                         Attorneys for Plaintiff-Appellant
                                         RAJIV SHAH GOSAIN
                                         430 West 259th Street
                                         First Floor
                                         Riverdale, New York 10471
                                         (718) 601-6282

TO:     Richard S. Last, Esq.
           Foreht Last Landau & Katz, LLP.
           Attorneys for Defendants-Respondents
           State Bank of India, New York and
           State Bank of India, Mumbai
           228 East 45th Street
           17th Floor
           New York, NY 10017
           212-935-8880

           and

           Karamvir S. Dahiya, Esq.
           Dahiya Law Offices LLC.
           Attorneys for Defendant-Respondent
           Texplas India Private Limited
           325 Broadway, Suite 304
           New York, NY 10007
           212-766-8000